FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 23 PM 4: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MURPHY MARTIN COMARDELLE | CIVIL ACTION |
| VERSUS | NO. 98-679 |
| POLLIS HERNANDEZ, ET AL. | SECTION "I" (5) |

### ORDER

In accordance with the mandate from the Fifth Circuit Court of Appeals,

IT IS ORDERED that all claims against defendants Harry J. Morel and Kurt Sins are **DISMISSED**.

New Orleans, Louisiana this 22nd day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 4 2000

Fee_____
Process____
X /Dktd
√ CtRmDep
Doc.No.